(Reap. Dec. 8815)

HERMAN H. STICHT CO. INC. *v.* UNITED STATES

Entry No. 843205, etc.

(Decided May 29, 1957)

*Barnes, Richardson & Colburn* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

Lawrence, Judge: When the appeals for a reappraisement enumerated in the schedule, attached to and made part of this decision, were called for hearing, plaintiff submitted said cases on the record consisting of the official papers.

A review thereof discloses nothing which would tend in any way to overcome the presumption of correctness which attaches to the decision of the appraiser. I find and hold, therefore, that the proper values of the merchandise the subject of said appeals are the values returned by the appraiser.

Judgment will be entered accordingly.